# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: )<br>CARLENA R BUMGARNER )<br>)<br>)<br>)<br>)<br>)<br>**Debtor** )<br>) | CASE NO: 18-40682-399<br>Chapter 13<br><br>Re: Objection to Claim 4 filed by<br>    INTERNAL REVENUE SERV<br>    Acct: 9545<br>    Amount: $18,310.50<br>    Response Due: August 01, 2018 |

## TRUSTEE'S OBJECTION TO CLAIM 4

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

    COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her objection to claim states as follows:
    The claim of INTERNAL REVENUE SERV dated May 31, 2018, should be allowed but ordered paid as $4,465.97 priority and $1,308.93 unsecured because claim #4-2 is based on an estimate. The creditor may file an amended claim after the amount of debt is determined.
    WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

| | |
|---|---|
| Dated: July 11, 2018 | /s/ Diana S. Daugherty<br>Diana S. Daugherty |
| OBJCLM--AC | Standing Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO 63143<br>(314) 781-8100  Fax: (314) 781-8881<br>trust33@ch13stl.com |

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on July 11, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on July 11, 2018.

CARLENA R BUMGARNER
109 DRYBROOK RD
WENTZVILLE, MO  63385

US ATTORNEY E.D. MO
111 S 10TH ST 20TH FLOOR
ATTN: CIVIL PROCESS CLERK/BK UNIT
ST LOUIS, MO  63102

INTERNAL REVENUE SERV
PO BOX 7317
C/O MISSOURI CASES
PHILADELPHIA, PA  19101-7317

INTERNAL REVENUE SERV
PO BOX 7346
INSOLVENCY UNIT
PHILADELPHIA, PA  19101-7346

US ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON, DC  20530-0001

/s/ Diana S. Daugherty
Diana S. Daugherty, Chapter 13 Trustee